UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARLON V. WILSON, | ) | CASE NO. CV 10-2583-DDP (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| PAM AHLIN, EXECUTIVE DIRECTOR, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Habeas Corpus Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: MAY 1 1 2010            .

*[signature]*

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\WILSON, M 2583\Judgment.wpd